FILED
SALINE COUNTY
CIRCUIT CLERK

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS 2025 JUN 16 PM 2:45
CIVIL DIVISION

HARMONY GROVE SCHOOL DISTRICT                                    PLAINTIFF
                                                        BY ___JM___

v.                          CASE NO. 63CV-25-1279-3

GLOBAL SYNTHETICS ENVIRONMENTAL, L.L.C.
d/b/a GEOSURFACES and GSE GEO SURFACES;
GEOSURFACES, INC.;
POLYLOOM CORPORATION OF AMERICA d/b/a
TENCATE GRASS NORTH AMERICA; and JOHN DOE          DEFENDANTS

## COMPLAINT

COMES NOW the Plaintiff, Harmony Grove School District, by and through its attorneys,

Bequette, Billingsley & Kees, P.A., and for its Complaint against Defendants Global Synthetics

Environmental, L.L.C, d/b/a GeoSurfaces and GSE GEO Surfaces, GeoSurfaces, Inc., Polyloom

Corporation of America, d/b/a TenCate Grass North America, and John Doe, alleges and states:

### JURISDICTION AND VENUE

1.      This is a cause of action related to property currently located in Saline County,

Arkansas, as well as unlawful acts arising in Saline County, Arkansas.

2.      Jurisdiction and venue are proper in this Court pursuant to Section 6 of

Amendment 80 of the Arkansas Constitution and ARK. CODE ANN. §§ 16-60-101, et seq.

### PARTIES

3.      Plaintiff Harmony Grove School District ("District") is a public school district in

the State of Arkansas, located in Saline County, Arkansas.

4.      Defendant Global Synthetics Environmental, L.L.C. ("GeoSurfaces"), is a limited

liability company organized under the laws of the State of Louisiana, doing business in the State

of Arkansas, with its principal place of business located at 6326 Highland Road, Baton Rouge,

Louisiana 70808.  GeoSurfaces was previously registered to do business in the State of Arkansas

and listed its registered agent as Billy Dawson at 4468 Jean Lane, Fayetteville, Arkansas 72704. GeoSurfaces conducts business in the State of Arkansas and provided materials and services to the District in Saline County, Arkansas. Billy Dawson and Charles Dawson, brothers, were the respective agents that the District interacted with at all times.

5.     Defendant GeoSurfaces, Inc. (also referred to as "GeoSurface" in this Complaint) is a corporation organized under the laws of the State of Delaware, doing business in the State of Arkansas, with its principal place of business located at 1131 Broadway Street, Dayton, Tennessee 37321. GeoSurfaces may be served with this action through its registered agent, C T Corporation System, 320 South Izard Street, Little Rock, Arkansas 72201. Its president is Charles Dawson. Upon information and belief, Defendant GeoSurfaces, Inc is the successor company to Global Synthetic Environmental, L.L.C.

6.     Polyloom Corporation of America, d/b/a TenCate Grass North America, is believed to be the parent company of GeoSurfaces, or may have otherwise recently acquired GeoSurfaces. TenCate Grass North America is a Delaware corporation with its principal place of business located at 1131 Broadway Street, Dayton, Tennessee 37321.

7.     Defendant John Doe is an as-yet unidentified individual or entity who may hold an ownership interest in GeoSurfaces or otherwise bear responsibility for liabilities arising from the matters alleged in this Complaint. As such, John Doe may be liable to the District and is therefore a necessary party to this action.

## FACTS

8.     In 2013, the District and GeoSurfaces entered into a contract for the provision of goods and services and for the construction of a synthetic turf football field. The 2013 Contract is hereto attached as Exhibit 1.

9.     The initial turf football field in 2013 costs the District $587,735.00.

10.     The 2013 installation came with a "Geo-Surfaces Warranty" that expressly stated GeoSurfaces:

> "warrants proper drainage for a two (2) year warranty term. Proper drainage is defined as: there being no visible puddling or any accumulation of water in the infill material sufficient to cause visible splashing from ball impacts, footfalls, or other bodily impacts, either during or after storm events, where the rate of rainfall does not exceed two inches per hour. Furthermore, under such conditions, the accumulation of water in the infill materials shall not cause such infill to float, move, dislodge or in any way redistribute within the field are or beyond, at any time during the full term of the guarantee. The artificial turf surface shall at all times, during or after the aforementioned weather events, remain functional and playable."

11.     No drainage or performance issues were experienced with the field from 2013 until 2022, and it generally worked as designed.

12.     At all times from the initial installation of the field in 2013 through 2022, GeoSurfaces was the exclusive provider of services to the turf field, including installation and any subsequent repairs.

13.     On January 4, 2022, the District and GeoSurfaces entered into a new contract for resurfacing the turf field. Resurfacing was necessary as the turf has become discolored and worn over time. The new installation contract between GeoSurfaces and the District included installation of new synthetic turf and a new shock pad system directly beneath the turf, but did not include replacement of the existing base. A true and correct copy of the contract is attached hereto as Exhibit 2.

14.     The total contract price was $631,600.00.

15.     GeoSurfaces provided the District with an estimate and scope of work as outlined in Exhibit 2, and the District relied on GeoSurfaces for what the District needed for the updated turf field in 2022.

16.    Installation of the 2022 turf field was completed on or around July 30, 2022. The District received a final invoice from GeoSurfaces dated July 27, 2022, covering work through completion. *See* GeoSurfaces Invoices, attached hereto as Exhibit 3.

17.    Substantial completion of the 2022 turf field installation was not until on or after July 30, 2022, and the many problems with the installation did not become apparent until after.

18.    The original turf system installed in 2013 included plastic mold drain material directly beneath the turf surface, which caused the water from the field to drain off the field, as intended.

19.    The 2022 installation abandoned the plastic mold drain material system previously used to direct water off the field for the installation of a "GeoFlo+" shock pad system unique to GeoSurfaces.

20.    The "GeoFlo+" pads installed by GeoSurfaces were perforated systems composed of 12-inch by 12-inch panels, each featuring a 5/8-inch drainage hole.

21.    The synthetic turf installed above the shock pad featured a 4-inch by 4-inch spacing pattern with 5/16-inch holes, resulting in a 16-to-4 drainage mismatch that rendered the drainage system inadequate.

22.    The "GeoFlo+" pads did not have the capacity to accommodate the volume of water draining from the turf, resulting in improper drainage of the field.

23.    The "GeoFlo+" pads have a top and bottom in the perforated system and the drainage channels (ridges) are placed on the bottom during installation per the installation manual. This instruction comes directly from the GeoSurfaces "GeoFlo+" installation manual, attached hereto as Exhibit 4.

-4-

24.    Astonishingly, it was recently revealed that GeoSurfaces installed the pads incorrectly, by placing the ridges up, not down, which contributed to the poor water drainage and issues with the turf field.

25.    The "GeoFlo+" pads come with a twenty-five (25) year warranty, which states that for a period of twenty-five (25) years after installation the pad will remain free of defects in materials and workmanship.

26.    Almost immediately after installation, the field exhibited poor drainage and water retention issues that had not been present in the nine years prior. The District gave GeoSurfaces immediate notice.

27.    Around September of 2023, GeoSurfaces returned to attempt to remediate the drainage problems caused by the new installation and installed surface drains on the sides of the field in an effort to drain water.

28.    In or around May 2024, GeoSurfaces agreed to remediate the drainage issues by installing new turf. However, the "GeoFlo+" pads were neither repositioned according to the installation manual nor otherwise replaced, and the problems persisted.

29.    The District has repeatedly notified GeoSurfaces of the problems to no avail.

30.    As of the date of filing this Complaint, the field does not properly drain and has developed slumps, making it unsuitable for its intended use.

31.    The defective condition of the field has caused and continues to cause damages to the District, including but not limited to loss of use, replacement and repair costs, and loss of value.

32.    The District's 2025 football season is just months away and the turf field cannot be used for athletic or competitive events without jeopardizing the safety of students.

33.    With no other options, the District recently entered into a contract with another turf field provider to replace the existing base and surface turf and to correct the issues caused by GeoSurfaces so that the District can utilize the turf field on time for fall activities.

## CLAIMS FOR RELIEF

## COUNT I — BREACH OF CONTRACT

34.    Plaintiff incorporates by reference paragraphs 1 through 33 as if fully set forth herein.

35.    GeoSurfaces breached the January 4, 2022 contract by failing to perform its obligations in a proper and workmanlike manner and by delivering a defective product.

36.    The installation of the field was completed on or about July 30, 2025, and the issues with the installation did not become apparent until later.

37.    The field turf system, inclusive of the "GeoFlow+" pads, deviates from the product promised by GeoSurfaces. The turf system was not constructed in a manner such that would allow for proper water drainage.

38.    Despite numerous opportunities and attempts by GeoSurfaces to correct the improperly constructed and installed turf field, the problems remain, and the field continues to further deteriorate and fail.

39.    As a result of GeoSurfaces' failures, Plaintiff anticipates spending in excess of $700,000.00 to remediate the issues with the installation of new turf and appropriate shock pads.

## COUNT II — BREACH OF EXPRESS WARRANTIES

40.    Plaintiff incorporates by reference paragraphs 1 through 39 as if fully set forth herein.

41.    GeoSurfaces issued express warranties regarding the performance and durability of the turf system, including drainage capabilities, which have been breached. GeoSurfaces was

timely notified of deficiencies and failures as the District became aware of them and undertook to provide them. The repairs were not successful, and/or the problems were not able to be fixed as warranty claims because they arose as a result of initial failures of contract, negligent design, negligent engineering, and/or negligent construction. In any case, GeoSurfaces has failed and/or refused to honor its warranty obligations.

## COUNT III – BREACH OF IMPLIED COVENANT OR DUTY OF GOOD FAITH AND FAIR DEALING

42.     Plaintiff incorporates by reference paragraphs 1 through 41 as if fully set forth herein.

43.     GeoSurfaces owed the District a duty of good faith and fair dealing. GeoSurfaces failed to perform the Contract or undertake adequate repairs under its warranty in good faith, thereby breaching its duties owed to the District, and the District has been damaged.

## COUNT IV — NEGLIGENCE

44.     Plaintiff incorporates by reference paragraphs 1 through 43 as if fully set forth herein.

45.     Defendant negligently designed, selected, and installed incompatible shock pads and turf materials which resulted in defective drainage performance.

46.     GeoSurfaces held itself out as having particular and professional knowledge related to, and which it would utilize in, the design, engineering, installation, construction and repair of the field.

47.     GeoSurfaces had a duty to do what was reasonably prudent person and entity would do practicing in its profession, or that of its representatives, would do under the same circumstances.

-7-

48.     By its acts and/or omissions in engineering, design and installation of the field, GeoSurfaces failed in its duties owed to the District.

49.     Defendant's negligence caused foreseeable and ongoing damage to the District.

### COUNT V—RES IPSA LOQUITAR

50.     The engineering, final design, construction, and installation of the 2022 turf field was under the exclusive control of GeoSurfaces.

51.     The failures and deficiencies of the field would not ordinarily have occurred if GeoSurfaces had exercised proper care in its engineering, design, construction, and repairs of the field.

52.     The failures and deficiencies of the field were not due to any voluntary act on the part of the District.

53.     The District has been damaged by the failures and deficiencies of GeoSurfaces as herein described and GeoSurfaces is, therefore, liable to the District.

### JURY DEMAND

54.     Plaintiff demands trial by jury of all issues triable by a jury

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Harmony Grove School District, prays that it obtain judgment against Defendants, jointly and severally, for all compensatory, consequential, and incidental damages far in excess of that required for federal court jurisdiction in diversity of citizenship cases as a result of the allegations set forth herein; rescission of the contract or, alternatively, cost of repair or replacement; declaratory judgment as set forth herein; pre- and post-judgment interest; attorneys' fees and costs as allowed by law; and any and all other relief to which Plaintiff may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: ckees@bbpalaw.com

By:_____
    W. Cody Kees, Ark. Bar No. 2012118

*Attorneys for Plaintiff*

# GEO-SURFACES

## *A Professional Engineering Firm*

### Global Synthetics Environmental, LLC

**Project Name:  Harmony Grove High School, Attn: Ricky Mooney, 2621 Hwy 29, Benton, AR  72015  Email: rmooney@cardinals.dsc.k12.ar.us  Phone: 501.778.6271**

Global Synthetics Environmental, LLC, a licensed Arkansas Contractor # 0201680313, (herein called *GeoSurfaces*) will provide all materials, labor and equipment necessary to install a *GeoGreen™* infilled 'replicated grass' field on a *GeoFlo™* drainage and shock attenuation blanket at Harmony Grove High School's football field, in an area approximately 75,000 square feet (200' X 375' actual field dimensions, turf panel configuration and resulting square footage of purchase and/or amount of material shipped, to be determined). *GeoSurfaces* will install the replicated grass and drainage blanket on a base and perimeter anchor constructed by *GeoSurfaces* consistent with the requirements in the *GeoGreen™/GeoFlo™ Design/Build Installation Guide Specifications*. The field will include all markings as outlined on the drawing on the last page of this proposal.  A pair of 30' upright, 6' offset, aluminum goal post are included.

Commencement of work and shipment of materials shall be in conformance with project specifications and completion of installation shall be per the project schedule agreed to by the parties.  Installation will commence following the availability and access to the site by *Geo-Surfaces* before May 15, 2013.  Installation is estimated to be completed in approximately 45 good weather working days.  Production of the materials must begin by May 1, 2013 or the terms of this offer will be renegotiated.

---

**TOTAL COST** for materials, labor and equipment to be provided by *GeoSurfaces*............................ **$587,735.00**

**TAXES:** _X_ Included  ___Excluded (see Terms below)

**TERMS:**

- The cost of permits, engineering fees, water management fees or other license fees, if applicable, will be provided by others.
- Materials must be ordered by May 1, 2013 or the terms of the Proposal will be renegotiated.
- Installation must commence on or before May 15, 2013 or the terms of the Proposal will be renegotiated.
- Survey points placement of field and Geotechnical engineering for PI's of existing soils is included.
- The topsoil other unwanted soil or vegetative materials removed from the site will be disposed on site.
- Installation will commence within 15 days of Purchaser's written notice.  Completion will be within the agreed upon good weather working days.  "Good weather working days" are defined in the Contract Agreement.
- Taxes will be included to Purchaser in accordance with the laws of the state of the project.  If Purchaser asserts a tax exemption, Purchaser must provide Geo-Surfaces with a valid tax exemption.  Purchaser agrees that if the exemption provided is deemed invalid by the applicable state tax authorities, Purchaser will reimburse Geo-Surfaces for taxes Geo-Surfaces was required to remit.
- A payment and performance is included in this price.
- A TAPS Cooperative Fee can is included in this price.
- A 6" sidewalk will elbow around the non-concessions stand end of the field and connect to the pavement on the visitor's side.

**EXHIBIT 1**

**Acceptance of Offer to Sell**: This offer to sell (Proposal and all attachments) is valid for acceptance by Purchaser by the execution of the Acceptance of Proposal below and return of an original to Geo-Surfaces. If the Acceptance of Proposal is not received by Geo-Surfaces on or before the Proposal expiration date, this offer to sell shall be deemed automatically cancelled and withdrawn.

Proposal tendered this 22nd day of April 2013.          Proposal expires the 1st day of May 2013.

For: GEO-SURFACES

By:_____

**Note: Payment Terms**

**$200,000.00 due on July 1st, 2013**

**Remaining balance with any applicable change orders due August 1st, 2013**

**CONTRACT AGREEMENT**

THIS CONTRACT AGREEMENT (the "Agreement") is made and entered into between Global Synthetics Environmental, LLC ("GeoSurfaces"), a Louisiana corporation with its principal business office located at 6326 Highland Road, Baton Rouge, LA 70808, and the undersigned Purchaser/Individual ("Purchaser") whose full name, business status, and address are reflected on the first page of this Agreement. GeoSurfaces and Purchaser may jointly be referred to as (the "Parties"). The effective date of this Agreement will be the day and year stated below GeoSurfaces' signature.

WHEREAS, Purchaser and GeoSurfaces desire to enter into a contract for the purpose of GeoSurfaces or its authorized construction groups providing the labor and materials necessary to construct an artificial sports field located at Harmony Grove High School (the "Project"), all as more fully defined in the GeoSurfaces Proposal dated 22nd of April, 2013, attached as Exhibit A and incorporated herein by reference.

*AGREEMENT*

**NOW THEREFORE IT IS MUTUALLY AGREED BETWEEN THE PARTIES AS FOLLOWS:**

1. The term "Contract Documents" refers to this Agreement, *Exhibit A*-GeoSurfaces Proposal; *Exhibit B*, GeoGreen and GeoFlo Design and Build Installation Guide Specifications; *Exhibit C*, Geo-Surfaces Warranty; *Exhibit D*, Geo-Surfaces Maintenance Requirement Manual.

2. GeoSurfaces shall furnish all labor and supervision necessary for the performance of this Agreement in a proper, efficient and workmanlike manner. GeoSurfaces shall prosecute the Work undertaken in a prompt and diligent manner whenever such Work, or any part of it, becomes available, or at such other time or times as the Purchaser may direct, and shall not, by delay or otherwise, interfere with or hinder the work of the Purchaser or any other contractor.

GeoSurfaces and Purchaser shall keep on the Project site during the progress of the Work, competent supervisors who shall be the authorized representatives of GeoSurfaces and Purchaser. Directions and communications to the supervisors in connection with the Work shall be treated as directions and communications to GeoSurfaces and Purchaser. The Purchaser shall keep on the Project site during the progress of Work, a competent representative authorized to act on behalf of the Purchaser, and with the authority to execute binding Change Orders if applicable.

3. (A) GEOSURFACES SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS PURCHASER, AS WELL AS ITS DIVISIONS, AFFILIATES, SUBSIDIARIES, RELATED ENTITIES, EMPLOYEES OR OTHER REPRESENTATIVES (HEREINAFTER INDIVIDUALLY AND COLLECTIVELY REFERRED TO AS "INDEMNITEE") FROM CLAIMS, DEMANDS AND CAUSES OF ACTION ASSERTED AGAINST THE INDEMNITEE BY ANY PERSON (INCLUDING, WITHOUT LIMITATION, PURCHASER OR GEOSURFACES' EMPLOYEES, OR ANY OTHER THIRD PARTY) FOR PERSONAL INJURY OR DEATH, OR FOR LOSS OF OR DAMAGE TO PROPERTY AND RESULTING FROM GEOSURFACES' NEGLIGENCE OR WILLFUL MISCONDUCT HEREUNDER, AND EXCEPT AS PROVIDED IN SUBSECTION (C) BELOW;

(B) PURCHASER SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS GEOSURFACES FROM CLAIMS, DEMANDS AND CAUSES OF ACTION ASSERTED AGAINST GEOSURFACES BY ANY

PERSON (INCLUDING, WITHOUT LIMITATION, EMPLOYEES OF GEOSURFACES AND PURCHASER, AS WELL AS EMPLOYEES OF OTHER SUBCONTRACTOR OR ANY OTHER THIRD PARTY) FOR PERSONAL INJURY OR DEATH OR FOR LOSS OF OR DAMAGE TO PROPERTY AND RESULTING FROM PURCHASER'S NEGLIGENCE OR WILLFUL MISCONDUCT AND EXCEPT AS PROVIDED IN SUBSECTION (C) BELOW;

(C) WHERE PERSONAL INJURY, DEATH, OR LOSS OF OR DAMAGE TO PROPERTY REFERRED TO IN SUBSECTION (A) AND (B) ABOVE IS THE RESULT OF THE JOINT NEGLIGENCE OR WILLFUL MISCONDUCT OF PURCHASER OR ANY OTHER PARTY, INCLUDING GEOSURFACES, GEOSURFACES' AND PURCHASER'S RESPECTIVE DUTY OF INDEMNIFICATION UNDER (A) AND (B) ABOVE SHALL BE DIMINISHED BY AND LIMITED TO SUCH PARTY'S ALLOCABLE SHARE OF SUCH JOINT NEGLIGENCE OR WILLFUL MISCONDUCT;

(D) NEITHER PARTY SHALL BE LIABLE TO THE OTHER FOR ANY INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOST REVENUE, LOST PROFITS, LOST BUSINESS, LOSS OF USE OR BUSINESS INTERRUPTIONS, REGARDLESS OF THE SOLE, JOINT AND/OR CONCURRENT NEGLIGENCE OF EITHER PARTY, AND EACH PARTY HEREBY WAIVES ITS RIGHTS TO DAMAGES AND RELEASES THE OTHER IN THIS REGARD.

4. For the Work defined in the Scope of Work, the Purchaser will pay GeoSurfaces the total sum set forth in the attached GeoSurfaces Proposal. Purchaser agrees to pay GeoSurfaces in the manner described in the GeoSurfaces Proposal. Any payment not received when due shall bear interest at the rate of 1 1/2 percent per month on the unpaid balance until paid in full.

5. Upon final acceptance or first use of the finished project, whichever occurs first, GeoSurfaces obligations to satisfy any warranty obligations that may arise out of its Work as specified in the Contract Documents shall be in accordance with the terms of the attached warranty. For the avoidance of doubt, the failure of GeoSurfaces to insert an effective date for the term of the warranty shall not invalidate the warranty, as the
parties agree that upon the issuance of the certificate of final acceptance or first use of the field that date, whichever occurs first, shall be the effective date for commencement of the warranty term. Any and all other warranties are superseded by this warranty document and of no force and effect.

6. GeoSurfaces schedule for its Scope of Work under this Agreement is based upon the agreed upon "Good Weather Working Days". Good Weather Working Days means: (i) no snow or rain that impacts the surface to the extent that the work is inhibited due to the instability of the prepared surface; (ii) no day wherein the rainfall within 24 hours exceeds one-eighth of an inch; (iii) no fog or other high humidity condition that results in deposits of water on the surface; (iv) no winds in excess of 25 miles per hour; or (v) no ambient air temperature below 50 degrees F.

7. Except to the extent GeoSurfaces is required to purchase policies of insurance as set forth herein, GeoSurfaces shall not be responsible for direct, indirect, or consequential damages or delays caused by the Purchaser or the Purchaser's agents, acts of God, unavailability or shortages of raw materials, unavailability or shortage of carriers, acts of any governmental agency, unusual delays in transportation, abnormal weather conditions, labor disputes, or other causes beyond the reasonable control of the GeoSurfaces, its subcontractors or suppliers. GeoSurfaces shall give the Purchaser written notice of any delay within a reasonable time of the occurrence or commencement of a cause of delay. Failure to give notice within a reasonable time shall constitute a waiver by GeoSurfaces of any claim for extension of the performance time resulting from that cause of delay. GeoSurfaces notice shall include an estimate of the probable effect of the delay on the progress of the

Work. GeoSurfaces shall not be relieved of its obligation to continue performance and to complete the Work, but the completion date shall be adjusted to reflect the force majeure delay.

8.  The validity, interpretation, and performance of this Agreement shall be governed by the substantive laws of the State of Louisiana.  There are no understandings or representations of any kind whatsoever, except as expressly set forth in this Agreement.  No modification or waiver of the terms and conditions of this Agreement shall be binding on GeoSurfaces unless approved in writing by an officer of GeoSurfaces in Baton Rouge, LA. The terms and conditions herein shall not be altered by the terms and conditions contained in any acknowledgment or acceptance Purchase Order issued by the Purchaser.

The Parties duly authorized corporate representatives have signed this Agreement to be effective on the date and year last written. The Agreement shall become effective upon its signing by a corporate officer of GeoSurfaces in Baton Rouge, LA, which execution may be evidenced by a facsimile copy transmitted to the Purchaser.

PURCHASER: _____          Global Synthetics Environmental, LLC

                                            By: _____
Address: _____               Charles C. Dawson, Director of Operations

City, State & Zip Code: _____              Federal ID # 26-2356820

Contract Effective Date: _____

By: _____

Title:_____

State of Incorporation:_____

## GEOGREEN AND GEOFLO DESIGN AND BUILD
## INSTALLATION GUIDE SPECIFICATIONS

### I. SCOPE OF WORK

Geo-Surfaces will provide all labor, materials, equipment and tools necessary for the complete installation of a vertical-to-horizontal draining synthetic turf, in-filled with resilient materials.

The work shall include the following items:

1) Begin at existing grade and remove and stockpile unwanted materials to accommodate specified cross-section, slope and finished grades. This unwanted material shall be stored on site. Trucking off site is not included in this proposal.

2) Contour, slope, and compact remaining sub-base to specified grades.

3) Install cement stabilized deck, 8" thick by 5% volume (if PI of material is acceptable).

4) If PI is not acceptable, install 4-6" of ¼" minus crushed limestone to meet finish grade tolerances.

5) Install perimeter anchor with treated board nailer, to match finish grade of stabilized or stone base.

6) Install 8" perforated trench (collector) drains to attach to outflow provided by others.

7) Install GeoFlo drainage blanket over entire base and beyond, terminating over trench drains with 2 feet width of pervious GeoFlo.

8) Install a replicated grass, fiber will be a minimum 100 Micron, a maximum 2.0 mm width, 100% polyethylene fiber, measuring a maximum of 1.75 inches high, stitched in a maximum 3/8 inch gauge.

9) Install resilient infill system (including ¼" ballast layer) consisting of a specifically formulated mixture of rubber. Infuse infill mixture into synthetic grass in multiple applications.

10) Install markings and colors as outlined in the agreed upon shop drawing.

### II. REPLICATED GRASS

### A. SPECIFICATIONS:

The GeoGreen replicated grass material and resilient infill shall be in accordance with the following:

1) The fiber will be a minimum 100 Micron, a maximum 2.0 mm width, non-abrasive, 100% polyethylene fiber, measuring a maximum of 1.75 inches high, stitched in a maximum 3/8 inch gauge. The tufted weight shall not be less than 80 ounces per square yard. The fiber shall be 100% polyethylene, (no polypropylene blend permitted), treated with UV inhibitor and shall be tufted at a yarn weight of 60 ounces per square yard.

2) The fiber tufts shall be fanned or unfolded prior to installation and will not exhibit rolling or spiraling.

3) The turf backing shall be a single layer primary coated with a 20-ounce urethane secondary backing, tufted with a 100% polyethylene yarn.

4) The replicated grass shall be delivered in 15 feet or 12 feet wide rolls. The rolls of turf shall be of sufficient length to go from sideline to sideline. Head seams between the sidelines will not be acceptable.

5) Field sidelines and end lines shall be tufted or inlaid into the individual rolls at the option of GeoSurfaces.

6) Other markings may be permanently installed, in situ, at an additional cost clearly delineated under alternate cost options.

7) The infill material shall consist of a non-compacting specifically graded, granulated crumb rubber above a ¼" ballast layer. These materials shall be as designated by GeoSurfaces and delivered to the job site in appropriate containers.

8) The GeoFlo drainage blanket shall be delivered in 4 feet wide rolls.

B. PHYSICAL PERFORMANCE CRITERIA:

The replicated grass surface shall demonstrate by independent, certified laboratory testing:

* A minimum average *Tuft-Bind* (ASTM D-1335) of 8 lbs/force.

* A minimum breaking strength (ASTM D-2256) of 420/250 (x and y direction) lbs/force.

* An initial G-Max (ASTM F-355-A) for the GeoGreen replicated grass of 135 in conjunction with GeoFlo drainage blanket and shock pad.

* An Ultimate G-max (TSI 128) for the GeoGreen replicated grass of 165 in conjunction with GeoFlo dynamic drainage blanket and shock pad.

* An initial G-Max (ASTM F-355-A) for the GeoTrax running track surface of 165 in conjunction with GeoFlo dynamic drainage blanket and shock pad.

* An Ultimate G-max (TSI 128) for the GeoTrax running track surface of 175 in conjunction with GeoFlo dynamic drainage blanket and shock pad.

* A coefficient of restitution (ASTM F 1551 – ball bounce) between a minimum of 2.35 inches and a maximum of 2.55 inches.

## III. INSTALLATION

### A. BASE CONSTRUCTION – TURF INSTALLATION:

Specific design criteria must include the following:

1) The sub-base must slope a minimum of 1/2% (to a maximum of 1%) from the centerline of the field toward the sidelines.

2) Sub-base shall be sloped a minimum of 1/2% from center of field toward sidelines. After sub-base has been properly graded, contoured and sloped as required, it shall be compacted using a three to ten ton vibratory roller, as close as possible to 92% Proctor Density.

3) Approximately 1-2" of stone shall be installed after completion of the lime stabilized deck as is necessary to attain specified finished grade tolerances. Such materials should be compactable enough to provide a stable grade for installation of the turf and fine enough to allow for specified grade tolerance. These additional materials shall be graded to 1/4 inch in 10 feet tolerance, and compacted.

4) Finish grading equipment should consist of dual-plane laser-actuated box grader or small mini-grader. Large road graders can be used but are not recommended in all situations. Grading equipment that is not hydraulically actuated by laser is also not recommended.

5) If applicable, a minimum 6 inch x 10 inch deep concrete curb shall be excavated at the precise perimeter of the synthetic grass installation area. The curb shall be constructed with concrete (min. 2500 psi) to a uniform specified grade with a grade tolerance of no more than 1/4" grade deviation under a 10 foot straight edge. After cure time, a 1.25 inch x 4 inch treated nailer shall be installed to specific perimeter line, by ramset or TapCon, to the newly installed and/or existing concrete anchor. The finished grade of the nailer shall match the perimeter-finished grade of the aggregate base.

6) To the inside of the concrete anchor, a trench drain shall be installed along both sidelines of the field. The trench drains shall contain flexible, 8" perforated pipe as shown in the engineered design and shall be filled with 1/4"-3/4" inch clean, fractured stone as is typical. Drains shall be properly graded to insure positive flow of water to outflow. The drains shall be extended beyond the field using solid PVC or other approved pipe to connect with existing outflow pipe or as necessary to outflow over ground.

### B. GEOFLO DRAINAGE BLANKET INSTALLATION:

1) Global will use an electronic or staked grade grid, of not more than 25 feet separation, to establish finished grade of stone base, before installing the GeoFlo blanket. Stone base should not deviate from specified finish grade by more than 1/4 inch under ten feet straight edge.

2)  Blanket will be installed along full end-to-end length of the field, perpendicular to the direction of slope. The 4 feet wide rows should be installed starting at the crown (or highest grade elevation) and 'shingled' toward the lowest grade elevation (the protruding flange will be placed on the highest elevation side, and the flanged edge of the subsequent roll will be inserted completely under the un-flanged edge of the preceding row). The installation of the rows of GeoFlo will continue in this manner until over the open stone of the perimeter collector drains, where a 4' wide row of pervious (perforated) GeoFlo will be placed, in the same manner. The GeoFlo row nearest the collector drain will be trimmed in width (from the un-flanged edge) to allow precise fit of full 4 feet wide pervious GeoFlo, to anchorage line. The rows of GeoFlo will be bonded and moisture sealed, using a pressure-sensitive tape, as supplied by Global, on all seams. All seams will be sufficiently tight to leave no gaps or irregularities that could reflect through the synthetic grass surface, however, care should be taken to maintain a minimum 1/4 inch separation to allow for thermal expansion. The drainage blanket may be temporarily held in place by stapling to wood nailer, every few feet.

3)  The flanged edge of a GeoFlo roll must always butt with an un-flanged edge. Where two flanged edges meet due to slope transitions, such as at the crown of the field, one flange edge must be trimmed and removed to prevent a gap in the plane of the GeoFlo surface.

4)  The dynamic drainage blanket will consist of a high density, cupsated core, sandwiched between a needle punched non-woven geotextile on one side and a heat-bonded non-woven geotextile on the other side. Alternately, the fabric may be adhered to only one or none of the sides as determined by the manufacturer to be optimal configuration for prevailing soil and turf construction.

5)  Total weight of blanket will be a minimum of 32 oz./sy and capable of accepting a compressive load of 30,000 psf, without crushing and while maintaining measurable flow.

6)  The GeoFlo drainage blanket will have a core incorporating expansion joints every 4 feet. The drainage blanket so constructed, must provide a complete underlayment, over the entire field area, when mechanically bound with mechanical tape; and must not wrinkle, wave, float, buckle or otherwise disturb the planarity of the artificial turf surface, even under the most elevated conditions for thermal expansion to be experienced at the site.

7)  The thickness of the blanket will be a minimum of 0.5 inch.

C.  **REPLICATED GRASS INSTALLATION:**

1)  The replicated grass will be installed along the length of the field and cover the full width as shown in the engineering drawings. The carpet rolls are to be installed directly over the properly prepared dynamic drainage blanket base. Extreme care should be taken to avoid disturbing the drainage blanket. The full width rolls shall be laid out across the field. Utilizing standard state-of-the-art bonding procedures, each roll shall be attached to the next. When all of the rolls of the playing surface have been installed, the sideline areas shall be installed at right angles to the playing field turf. Turf shall be attached, by industrial rustproof staples directly to wood nailer, around perimeter of field at maximum three-inch (3 inch) intervals.

2)  The replicated grass rolls shall be installed so that tufted lines are placed as shown on manufacturer's drawing, which drawing shall be pre-approved by Purchaser prior to manufacture of replicated grass. The same drawing shall also show location of all optional in situ permanent lines or markings.

3)  Immediately after brushing with a motorized rotary nylon broom, the blended infill material shall be spread evenly by using a drop or broadcast spreader (minimum 5 foot wide), in multiple applications, each no more than 15% of the total application, at a uniform rate. Between applications, and just prior and subsequent to infilling the area shall be brushed with the motorized broom. Infill depth will be 3/4 inch (0.75"+/- 0.1"), infill material to be uniformly incorporated into the replicated grass system.

**PROJECT CLOSEOUT/WARRANTY:** Upon final acceptance or first use of the finished sports field (whichever occurs first) the attached Geo-Surfaces Warranty becomes effective, which warranty shall be the only warranty obligation by Geo-Surfaces to the Owner.

# Geo-Surfaces Warranty

**Global Synthetics Environmental herein Global,** warrants to the Purchaser the GeoGreen surface at the address stated below for a period of eight (8) years ("Warranty Term") on a pro rata basis (see **NOTE** for explanation) from the date of final completion against defects in materials provided, including excessive fading and premature wear, (stipulated as more than 35% decrease in pile height over more than 50% of the replicated grass surface). Global will, at its option, either repair or replace the affected area to the extent required to meet the warranty period charging the Purchaser only for that portion of the warranted life which has elapsed since the purchase and installation of the replicated grass surface.

Global also warrants proper drainage for a two (2) year warranty term. Proper drainage is defined as: there being no visible puddling or any accumulation of water in the infill materials sufficient to cause visible splashing from ball impacts, footfalls, or other bodily impacts, either during or after storm events, where the rate of rainfall does not exceed two inches per hour. Furthermore, under such conditions, the accumulation of water in the infill materials shall not cause such infill to float, move, dislodge or in any way redistribute within the field area or beyond, at any time during the full term of the guarantee. The artificial turf surface shall at all times, during or after the aforementioned weather events, remain functional and playable.

The owner will be responsible for the maintenance of the 'replicated grass' surface. Global shall provide, at no cost to the owner, annual inspections of the 'replicated grass' surface if requested. Failure to properly maintain the GEO-SURFACES artificial turf will void this warranty. The requirements for maintenance are specified in the "Maintenance Requirements Manual" (acknowledged as received by you as part of the contract for the installation of the field).

Any warranty claim must be made in writing by certified mail or courier, addressed to the Director of Operations of Global within 30 days of Purchaser becoming aware of any alleged defects or warranty claim. Should the required notice not be given, the defects and all warranties related thereto are permanently waived and Global shall have no liability to the Purchaser therefore.

Plans or drawings in no way extend this warranty to materials or workmanship beyond those specifically supplied or controlled by Global. This warranty does not cover or extend to damage attributable to ordinary wear and tear, as determined by an independent testing laboratory specializing in artificial turf. Seam ruptures or tears not the result of faulty workmanship or defective materials are not covered by this warranty. Other items excluded are exposures to harmful chemicals, abuse by machinery, equipment or people, neglect, vandalism, floods, change in water table, catastrophic events, torrential rains and hurricanes, and Acts of God.

Global warrants the stabilized base and drainage system against Defects in Workmanship for a period of 2 (two) years prorated, which warranty covers inadequate drainage and dimensional stability of the base. The warranty that the replicated grass surface will drain properly during the Warranty Term is applicable only if the replicated grass surface was installed in conjunction with the installation of the GeoFlo drainage blanket, which was installed on sub-base materials prepared by Global. The term "Drain Properly" is defined as: "There being no continuous puddling of storm water in the infill materials sufficient to cause visible splashing from ball impacts, footfalls, or other bodily impacts where the rate of rainfall does not exceed two inches per hour. "Drain Properly" further means that the accumulation of storm water in the infill material will not cause excessive infill to float, dislodge or unevenly redistribute within the sports field area or beyond."

Purchaser and Global agree that this warranty does not extend to drainage defects or deficiencies, which are outside the footprint of the replicated grass surface as defined in the contract. Changes in water table or

underground water occurrences are not covered by this warranty. Specifically, without limitation, the failure of the downstream storm water collection/detention system to adequately absorb or convey outflow.

The obligation of Global to perform under this warranty is subject to full payment under the attached contract for all labor and materials related to the subject matter of this warranty. The repair or replacement of the artificial turf by anyone other than a certified Global employee shall void this warranty.

This warranty constitutes Global entire obligation to the Purchaser. Any and all other prior written or oral agreements, drafts of agreements between the Purchaser and Global pertaining to the subject matter of this warranty are superseded by this document and of no force and effect and may not be used as evidence in the interpreting of the provisions of this warranty. This warranty is extended to the original Purchaser of the project and is non-transferable and non-assignable and there shall be no third-party beneficiaries in and to this warranty. This warranty is limited to the installation and sale for commercial, industrial or municipal uses at the location described below and does not apply to consumer uses as defined by the Magnuson-Moss Warranty Act, any similar federal statute, or any similar state consumer warranty statute.

Project Location and Description:  Harmony Grove High School Multi-Purpose Field

Name and Address of Purchaser:  Harmony Grove School District
2621 Hwy 29
Benton, AR  72015

**NOTE:**

The warranty above offered is prorated, after the FIRST year of use, with regard to the obligations of the guarantee (8 years). After the first year, Global's liability shall be reduced by the period of time, in days, from date of first use to the date of written notice of warranty claim divided by 8 years (2920 days). For the purposes of establishing the cost of any such claim, the value of replacing or repairing the artificial turf, including infill and labor shall be set at $5.00 per sq. ft. (Repairs not involving areas of replacement, such as seam rupture, shall be valued at $1,000 per day, excluding all expenses. For any claim, the minimum value assigned to any repair or replacement shall be $1,000 per day, expenses included.) The value of the aggregate base and/or drainage replacement or repair shall be determined by independent cost estimates agreeable to Global and the purchaser.

DATE OF COMPLETION OR FIRST USE: _____/_____/_____

APPROVED FOR GLOBAL SYNTHETICS ENVIRONMENTAL, LLC:

BY: _____ DATE: _____

    AUTHORIZED SIGNATORY

# GEO-SURFACES

**A Professional Engineering Firm**

Global Synthetics Environmental, LLC

# MAINTENANCE REQUIREMENT MANUAL

## For Indoor/Outdoor Surfaces

Global Synthetics Environmental, LLC • 6326 Highland Road • Baton Rouge, LA 70808 • 877.663.5968 • www.geosurfaces.com

# TABLE OF CONTENTS

INTRODUCTION TO MAINTENANCE:.................................................................3

PROTECTING YOUR SURFACE:....................................................................3

CLEANING AND STAIN REMOVAL:...............................................................4

    General:..............................................................................................4

    Litter Removal:....................................................................................4

    Stain Removal:.....................................................................................5

USAGE GUIDES...........................................................................................7

    Field Markings and Decorations:.............................................................8

    Dry Markings:......................................................................................8

    Paints:................................................................................................8

    Load Limits:.........................................................................................8

    Snow and Ice Management:...............................................................8-10

    Watering Replicated Grass Surface:.........................................................11

    Special Events:....................................................................................11

    *Assemblies and Convocations:*.............................................................*11*

    *Shows and Circuses:*..........................................................................*12*

    *Rock Shows and Concerts:*..................................................................*12*

MINOR REPAIRS TO *GeoGreen or GeoTrax* SURFACES:..............................12

CONCLUSION:...........................................................................................15

PROHIBITED ACTIVITIES:..........................................................................16

KEY POINTS TO REMEMBER:.....................................................................16

RECEIPT OF MANUAL:...............................................................................17

For information or assistance
Contact **Geo-Surfaces**

**Tel: 225.907.4763      Email: info@geosurfaces.com**

Global Synthetics Environmental, LLC ● 6326 Highland Road ● Baton Rouge, LA 70808 ● 877.663.5968 ● www.geosurfaces.com

## Introduction To Maintenance:

Your *Global Synthetics Environmental* (herein called *Geo-Surfaces)* artificial surface represents a significant investment. The use and maintenance recommendations contained in this manual will allow you to realize the full potential of your playing surface, and preserves your warranty rights under the *Geo-Surfaces* Warranty. Following these procedures will extend the life and performance of the product.

- Keep it clean.
- Do not abuse it. *Example*: vehicle traffic, heavy static loads, fireworks, etc.
- Make all minor repairs to your surface promptly.
- Consult with a *Geo-Surfaces* professional if your repairs and renovations are complicated.
- <u>The outflow drainage systems serving the site should be inspected at least annually to insure it is functioning properly. Geo-Surfaces should be informed immediately of any malfunction of the outflow drainage system that might affect the drainage of the field.</u>

**NOTE:** *This manual is intended for customer use. It is important that the people who are responsible for field maintenance are thoroughly familiar with its contents and refer to it regularly.*

The contents in this manual represent the most current information regarding procedures for the proper use and care of *GeoGreen* and *GeoTrax* turf products.

**Protecting Your Surface:**

**KEEP IT CLEAN**. The following maintenance precautions are necessary to protect the GeoGreen or GeoTrax surface from damage:

- Control access to field
- Keep your surface free of litter, mud and debris.
- Post signs prohibiting smoking and carrying food or drink onto the field.
- Restrict the use of motorized vehicles on the surface; only vehicles properly wheeled and weighted should be allowed.
- Repair minor damage promptly.

## *Cleaning and Stain Removal:*

# General:

Rain is the best cleanser. Rainfall gently cleans the *GeoGreen* and *GeoTrax* fibers of dust, pollen and airborne pollutants in a way that is difficult to duplicate. In areas where rainfall is scarce - or during prolonged periods of drought - an occasional watering is beneficial to cleanse the artificial surface.

*Listed below are the required precautionary maintenance practices:*

- Keep trash and litter containers on site.
- Route field access traffic in such a way to minimize mud/dirt tracking on the field.
- Set up drinks for athletes during practice breaks off the field if possible.
- Enforce a smoke free environment and discourage the use of chewing tobacco.
- Set up drinks during games, when possible, on tables made of exterior grade plywood.

Global Synthetics Environmental, LLC • 6326 Highland Road • Baton Rouge, LA 70808 • 877.663.5968 • www.geosurfaces.com

# Litter Removal:

Light trash (paper, peanut shells, sunflower seeds, athletic tape etc.) and airborne dust can be removed easily with a lawn sweeper or a motorized vacuum.

*When using machines, several points should be observed:*

### *Brush Type:*

The sweeper should have *synthetic fiber* bristles such as nylon or polypropylene. The minimum brush length should be 2. 5 ". The maximum bristle diameter should be .030 ". <u>The brush must contain no metal or wire!</u> Metal fibers can fall out and cause injuries to players and can also damage the surface.

### *Brush Setting:*

The brush setting should be monitored. The actual setting will of course depend on the model and type of sweeper. Set the brush so that it barely touches the tips of the fibers of the turf.

**DO NOT SET THE BRUSH SO LOW THAT IT DIGS INTO THE TURF PILE OR BACKING.** Too low a setting will damage the turf. Vacuum cleaners are not recommended for removing mud.

Contact your *Geo-Surfaces* representative if you have any questions about the type of machine to use or brush settings.

### *Temperature Limitations:*

Never use a motorized vacuum sweeper during the heat of the day if the ambient temperature exceeds 90 degrees F.

### *Turf Loading Limitations:*

Brushing and brush cleaning may require several trips over the field to finish the operation. Any sweeper that weighs more than 300 lbs. should have pneumatic tires with a maximum tire pressure of 35 pounds per square inch (psi). Do not park vehicles on the turf, especially in the heat of the day, or leave vehicles on wet turf for extended periods of time.

### *Exhaust Fumes:*

The type of fuel or power used by a sweeper is of no major importance. However, if the sweeper has an internal combustion engine, make certain that the hot engine exhaust is not discharged down toward the playing surface. Hot objects can damage the field and engine exhaust may soil it. Check to make sure that the sweeper is designed in such a way that a hot muffler or exhaust pipe cannot drop onto the surface.

### *Oil Spillage, Etc.:*

Care should be taken to prevent lubricating oil, grease, transmission fluids, etc. from dripping or spilling on the turf surface. Such spills can discolor the surface. Proper maintenance procedures must be observed in this regard. Battery acid and other fluids must not be allowed on the surface. Never change or add fluids to maintenance equipment while on the surface,

> **CAUTION:** *Because electrically powered units may not be properly grounded, do not use them on wet or damp surfaces.*

## General Instructions:

*GeoGreen and GeoTrax* fibers are among the most stain resistant in the industry. Most "stains" on polyethylene fields are not true "stains" but rather residue of foreign matter that must be promptly and thoroughly removed.

The first rule in spot removal is promptness. It is always easier to clean up a fresh spill than one that has dried and hardened. Remove any solid or paste-like deposit with a spatula or table knife. Blot up excess liquids with a thick stack of paper towels or a dry absorbent such as "kitty litter" or Fullers Earth. Dry absorbents can then be swept or vacuumed up.

## Procedure:

*Geo-Surfaces* artificial turf has good resistance to staining. However, it is important to realize they are only one part of a sophisticated system of various components designed for overall field performance. Some cleaning agents that are safe for the fiber can be harmful to other components of the system.

### Cleaning agents are grouped into the following two groups:

**GROUP ONE:**

*These cleaning agents can be used in liberal amounts directly on the turf surface and should only be applied by rubbing a cloth soaked in the cleaner. The following procedures should be noted:*

1) A warm, mild solution of granular household detergent such as Tide or ALL in water, or any neutral low-sud detergent that is recommended for fine fabrics. Use approximately one teaspoon to one pint of water. This will handle most stains, as the list below indicates.

    **Examples:** Coffee, Tea, Cola, Grape Juice, Tomato Juice, Beer, Cocoa, Water Color, Butter Milk Ice Cream, Margarine, Ketchup, Food Coloring, Mustard, Merthiolate

2) A three percent solution of ammonia in water for more severe cleaning problems. *(NOTE: household ammonia is three percent. Industrial aqua ammonia is 33%. Dilute nine parts water to one part industrial ammonia, or the available supply as appropriate.)* Thoroughly flush the surface, rinse with plenty of cold water afterwards.

3) Clean, dry absorbents such as paper towels or commercial "kitty litter" can be used for applicable stains.

**GROUP TWO:**

*In the second group of cleaners, where agents must be applied sparingly, care must be taken to avoid penetration into the turf fibers. These cleaners will eat away at the turf backing. The following is a list of these type cleaners and what they are used for:*

Global Synthetics Environmental, LLC • 6326 Highland Road • Baton Rouge, LA 70808 • 877.663.5968 • www.geosurfaces.com

1) Mineral spirits or a grease spot-remover will be effective with stains listed below:

**Examples:** Asphalt, Ball-point Pen, Crayon, Shoe Polish, Cooking Oil, Floor Wax, Suntan Oil, Lipstick, Motor Grease, Motor Oil, *Chewing Gum, Rubber Cleat Marks

*Chewing gum is a common hazard and can be removed by freezing. Aerosol packs of refrigerant are available from carpet cleaning suppliers for this purpose.*

2) A mixture of white distilled vinegar in an equal amount of water, to neutralize animal waste. Flush thoroughly with water after application.

3) A one-percent solution of hydrogen peroxide in water, to treat fungus or mold spots. Flush thoroughly with water after application.

4) For large oil or greasy stains, contact your representative for details.

> **CAUTION:** *Mineral Spirits and other patroleum-based solvents are flammable, therefore do not smoke or permit open flames near where these are being used. Be sure the area is well ventilated where solvent cleaners are used. For more difficult stains, it may be necessary to clean with both the detergent solution and the dry-cleaning fluid. For such stains as paint, shoe dye and model airplane glue - a commercial carpet cleaner should be consulted.*
>
> *Avoid the use of any solution containing bleach, highly caustic detergent cleaners (pH above 9), high acid cleaners (pH below 5) on any Geo-Surfaces artificial turf, as they can cause damage or discoloration to its components.*

**Important Reminder:** When trying any of cleaning solution on your surface always try it on a small piece on the outside of the field, not a high concentration area. Let the cleaner sit for a day to make certain that it doesn't destroy the surface.

# Field Marking and Decoration applied by owner:

Some field owners like to use elaborate field decoration, including mid-field and end zone designs in assorted colors. Others prefer the simpler approach of sharp, well-defined game markings with no extraneous decoration. In either instance, the materials and techniques used in applying paints will determine the life of the markings and the ease of removal when these need to be changed. When marking the surface, do not apply paint too heavily, as a light application will give you good visibility and adequate life.

# Dry Markings:

Temporary markings can be applied by using the same chalk dust used for natural turf fields. In some cases, chalk dust can be slurred with water for wet application. Chalk dust markings however, tend to be picked up and spread by the feet of players on the field, leaving tracks in unmarked areas. Chalk markings are easily washed away or spread by water. They may be obliterated by a hard rain-shower. The only advantage for chalk markings is low cost.

# Paints:

Regardless of the type of paint used and design required, best results will be obtained when paint is applied to a clean, dry, dust-and-grease-free base. It is extremely important that old, degraded paint and dirt be washed off any area that is to be repainted to achieve the best appearance and traffic resistance.

*Geo-Surfaces* has developed special tools and methods for painting, paint removal and cleaning of synthetic surfaces. If your surface needs this type of attention, contact your representative for quotations and scheduling. If, however, you elect to perform these operations yourself, the following guidelines will assist you.

# Load Limits:

If proper steps are taken, almost any requirement can be accommodated, but certain precautions are necessary. Protection of the drainage blanket (if applicable) of the playing surface is especially important.

As a general rule, no long-term static load of more than 5 psi (500 lbs/SF), nor any transient rolling load of more than 100 psi should be applied to any *GeoGreen or GeoTrax* surface (GeoFlo underpad). Rolling loads of up to 100 psi are acceptable on an occasional basis. (The loading of a pneumatic-tired vehicle is approximately equal to the air pressure in its tires.)

It is good practice to eliminate any unnecessary long-term static loads. Sheets of ¾ inch exterior plywood or pieces of 2 x 10 lumber should be used to spread major static loads and thus minimize the risk of damage to the turf system.

**NOTE:** *Under static loads, the surface should first be covered with a load spreader such as polyethylene sheeting to keep it clean. New plywood may contain materials that will leach out and stain the turf if it is exposed to water therefore a polypropylene barrier should be used under the plywood to prevent this from happening.*

# Snow and Ice Management:

Snow and ice are not harmful to the *GeoGreen* or *GeoTrax* surfaces and can generally be left to melt and run off on their own accord. Sometimes however, it becomes essential to clear away snow and ice to permit scheduled use of the field. When this happens, we suggest leaving the snow in place until just before game time. Doing so will minimize the risk of ice build up from cold wind blowing across a damp snow-cleared surface. Ice removal is more difficult, especially if a heavy layer has built up following freezing rains (see below). Two methods are used for snow removal:

**SNOW REMOVAL** – Removal can usually be accomplished by motorized brushing or snow-blowing. *Geo-Surfaces* does not recommend plowing\*. The motorized brush can be a ride-on tractor type similar to the Lay-Mor 6HC or multiple walk-behinds similar to the Lay-Mor 2A. In a brushing operation the snow should be brushed to the sidelines and accumulated for collection off of the replicated grass surface.

If snow blowers are utilized, skids should be set to keep bottom edge of blower above top of turf. Collection vehicles should be limited to two axils to limit weight. Operators of collection vehicles must be instructed in proper operation of vehicles on turf and should be restricted to straight-line operation (no turning) while on turf.

Brushing will allow the deepest removal of snow, since snow-blowing (or plowing) must not penetrate below top of turf. After snow is removed, compacted residual snow remaining within the turf can be sprayed with bio-

degradable, eco-friendly de-icer (**Geo-Surfaces** is not responsible for damage caused by inappropriate chemicals applied to the turf. Contact your **Geo-Surfaces'** representative for approval, before applying, if there is any question or doubt regarding the appropriateness of any product). Tractor-type brushes have water reservoir and spray systems, which can be utilized for this purpose.

**\*NOTE: Plowing is not recommended** because of risks associated with control of the operator. Rubber-edge blades and light vehicles can be utilized, however, depending on the depth and moisture content of the snow, the resistance transferred to the drive wheels of the plow will vary greatly. There is too much risk that an operator will spin the drive wheels or that too much force will be transferred to the turf through the drive wheels. The normal restrictions associated with driving on turf also apply. It is unrealistic to expect operators to always practice the necessary degree of care or always have the extent of knowledge necessary for safe and proper snow-plowing operation.

### *Snow Blowers:*
 If the snow is dry and powdery, it can be swept or blown from the field using a rotary brush or snow blower. Be sure that any machinery used is set so as not to dig into the turf or gouge the surface.

### *If using a blower:*
1) The first pass of the blower should be down the center of the field.
2) Second pass should be made at the edge of either side of the first pass and the blower must be adjusted so that the snow is deposited in the truck.
3) The blower then continues down one side and up the other accompanied by the truck.
4) Clean off remaining snow with a mechanical broom.

It is recommended that all of the equipment used as described above be moved on pneumatic tires. <u>**LUGS, STUDS AND CHAINS WILL DAMAGE THE SURFACE AND SHOULD NOT BE USED.**</u>

Snow removal equipment may be stopped momentarily on the turf surface, but <u>**DO NOT PARK SUCH EQUIPMENT ON THE FIELD OVERNIGHT OR FOR SEVERAL HOURS.**</u> Tire pressure should be below 35 psi.
<u>**Important:** Keep tarps or field covers off the field in freezing weather. Tarps and covers can freeze to the turf by means of condensation and thus can be very difficult to remove for a scheduled event.</u>

### *Ice Removal:*
 In some cases it will be desirable to go over the field with a lawn roller or rotary street broom to break up and sweep away frost or ice. If the day is sunny and the frost or ice is not excessive, it tends to melt readily over synthetic surfaces, especially with player foot traffic to aid the process.

 In the event of extreme cold weather and a heavy layer of ice, there is little choice but to use chemicals to assist in getting rid of it. Remember, any ice-melting chemical put on the field will leave residue that may leave the turf slippery or sticky. Such residue should be washed off the turf as soon as weather permits.

 Many chemicals commonly used for ice melting (rock salt, ammonium nitrate and calcium chloride) are irritating to human skin, corrosive to equipment or harmful to synthetic turf. These chemicals should **NOT** be used on the *GeoGreen* or *GeoTrax* surfaces.

***The only ice-melter found to date that is safe, inexpensive and non-corrosive is <u>fertilizer grade urea.</u>\****

Global Synthetics Environmental, LLC ▪ 6326 Highland Road ▪ Baton Rouge, LA 70808 ▪ 877.663.5968 ▪ www.geosurfaces.com

When a surface has been subjected to a freezing rain or is heavily frost-coated, thawing can be hastened by broadcast application of pilled, fertilizer grade urea. The spread rate will be determined in some measure by the amount of ice present, but 100 pounds per 3000 square feet is a good starting point. After spreading, the urea should be allowed to remain in place for half an hour or more to melt the ice. It should then be removed from the field (along with the water it has picked up) with a squeegee. Urea will be less effective as the temperature drops below 10 to 12 degrees F and it is ineffective below 0 degrees F.

A thick residue of urea will be left behind after the field has been gone over with a squeegee or swept. In wet weather this film will make the field somewhat slippery. As soon as the danger of a hard freeze has past, the field should be washed down with liberal amounts of water to remove traces of the urea.

> **WARNING: DO NOT USE COMMON SALT, ROCK SALT, CALCIUM CHLORIDE, AMMONIUM NITRATE** or any other corrosive or irritating chemicals to melt ice on playing surface as they may damage equipment, harm personnel or the turf.
>
> *\*Urea may be a mild eye irritant. If it gets into a person's eye, it should be washed out with liberal amounts of water.*

# Watering Synthetic Turf Surfaces:

Some owners have found it desirable to deliberately wet their synthetic turf surfaces, especially in periods of very hot weather. Wetting the surface provides moisture for cooling the field before evaporation takes place. It also acts as a lubricant to the turf but it must be noted it may also lower traction to a slight degree.

On a hot sunny day outdoor playing surfaces can receive enough radian energy to evaporate about a quart of water per square yard per hour. As the moisture evaporates the temperature of the synthetic turf will match that of natural grass in the same area. A full sized soccer, hockey or football field may evaporate up to 1,200 gallons of water per hour in extremely hot weather.

If you decide to water your field, be careful to distribute the water evenly.  If water is put on the field, it should not be from a polluted or non-potable water supply.

# Special Events:  (Non-Designated Uses)

## Assemblies and Convocations:

Facilities with synthetic surfaces are often used for graduation ceremonies at many Colleges and Universities. The basic precaution is to keep long-term static loads below 500 pounds per square foot by the use of plywood or other load spreaders. Normally, 4' x 8 ' foot sheets of ¾ inch plywood do a good job of load spreading, provided the load is not applied too near the edges of each panel. Polyethylene film should be laid over the turf under the load spreaders to avoid staining or spoilage of the turf.

Any chairs placed directly on the playing field surface should be inspected to be sure that the tips of the legs couldn't damage the turf. Metal chair legs should be protected with rubber tips. The legs of wooden chairs should be free of any sharp edges that may tear the turf or damage the underpad.



**S U R F A C E S**

*GeoSurfaces, Inc.*

Harmony Grove School District                                                January 4, 2021
Attn: Ricky Mooney
2621 Highway 229                                                  Arkansas Contractor #0383350322
Benton, AR 72015

Project: Field Resurfacing at Red Parker Field

GeoSurfaces, Inc., (herein *GeoSurfaces®*) a licensed Arkansas Contractor, will provide all materials, labor and equipment necessary to complete the following scope of work at **Red Parker Field**, as shown on the attached drawings (actual field dimensions, turf panel configuration and resulting square footage of purchase and/or amount of material shipped, to be determined). *GeoSurfaces* will install the replicated grass and shock pad on an existing base consistent with the outlined scope of work. The football field will include all markings as outlined on the drawing included with this proposal.

Commencement of work and shipment of materials shall be in conformance with project specifications and completion of installation shall be per the project schedule agreed to by the parties. Installation will commence following the availability and access to the site by *GeoSurfaces* on or after March 22, 2022.

**Scope of Work Includes:**

Removal and disposal of existing turf system.
Up to 20 tons of additional stone material to meet required planarity.
Installation of GeoFlo+ shock pad system with GeoGreen artificial turf including GeoCool infill.
Markings as shown on the attached drawing.

Total including taxes and bonds.....................................................................................................$631,600.00

**TERMS:**

- Materials must be ordered by February 10, 2022 or the terms of the Proposal will be renegotiated.
- Installation must commence on or after March 22, 2022 or the terms of the Proposal will be renegotiated.
- Unmarked water or electrical lines or any other unmarked utilities are the responsibility of the OWNER.
- Installation will commence within 15 days of Purchaser's written notice. Completion will be within the agreed upon good weather working days. "Good weather working days" are defined in the Contract Agreement.
- Taxes will be included to Purchaser.

**Acceptance of Offer to Sell:** This offer to sell (Proposal and all attachments) is valid for acceptance by Purchaser by the execution of the Acceptance of Proposal below and return of an original to GeoSurfaces. If the Acceptance of

*EXHIBIT 2*



**GeoSurfaces, Inc.**

| Date | Invoice |
|------|---------|
| 07/01/2022 | 22042583-01 |

| To: |
|-----|
| Harmony Grove School District |
| Attn: Ricky Mooney |
| 2621 Highway 229 |
| Benton, AR 72015 |

| For: |
|------|
| Harmony Grove School District-- |
| |
| Field Resurfacing at Red Parker Field |
| Total Contract Amount: $631,600.00 |

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | Work complete through July 2, 2022: | |
| | | |
| | Resurfacing of Red Parker Field: | $585,420.00 |
| |    Removal of existing turf system | |
| |    Additional Stone for required planarity | |
| |    Delivery of GeoFlo+ pad, glue, seaming tape, and infill | |
| |    Delivery of GeoGreen artificial turf with logos | |
| |    Installation- 35% complete | |
| | | |
| | **REMIT PAYMENT TO:** | |
| | GeoSurfaces, Inc. | |
| | 7080 St. Gabriel Ave. – Ste. A | |
| | St. Gabriel, LA 70776 | |

| | |
|-----|-----|
| Subtotal | $585,420.00 |
| Total Due | $585,420.00 |

*PAID 300,000.00*

*2000 4420 000 11500    64500*

7080 St. Gabriel Avenue – Ste A, St. Gabriel, LA 70776 ● 877.663.5968 Office ● 225.208.0243 Fax ● www.geosurfaces.com



EXHIBIT 3



GeoSurfaces, Inc.

| Date | Invoice |
|---|---|
| 07/27/2022 | 22042583-02 |

**To:**
Harmony Grove School District
Attn: Ricky Mooney
2621 Highway 229
Benton, AR 72015

**For:**
Harmony Grove School District--

Field Resurfacing at Red Parker Field
Total Contract Amount: $631,600.00

| Qty | Description | Amount |
|---|---|---|
| 1 | Work complete through July 30, 2022:<br><br>Resurfacing of Red Parker Field:<br>    Completion of Installation<br>    Closeout, Cleanup, & Warranty<br><br>**REMIT PAYMENT TO:**<br>GeoSurfaces, Inc.<br>7080 St. Gabriel Ave. – Ste. A<br>St. Gabriel, LA 70776 | $46,180.00 |
| | **Subtotal** | $46,180.00 |
| | **Total Due** | $46,180.00 |





---

# TABLE OF CONTENTS

PART A..............................................................................TECHNICAL DATA

PART B..................................................................................WARRANTY

PART C.................................................................INSTALLATION INSTRUCTIONS

PART D.................................................................RECYCLING SOLUTIONS

PART E.................................................................PFAS TEST RESULTS

PART F.................................................................REFERENCE LIST

---

# PART A
# TECHNICAL DATA SHEETS



**GEO FLO® + SHOCK PAD**

MADE IN USA
PATENTED
15mm/20mm/25mm

**TENCATE**

## DYNAMIC SHOCK PAD & DRAINAGE BLANKET

GeoFlo®+ is a patented moisture conducting, non-absorbent, geo-composite shock pad made from polyolefin materials. GeoFlo+, available in both solid core and perforated core, is a pre-fabricated system that consists of a formed expanded polypropylene core. It is a highly resilient closed-cell expanded bead product, and is an ideal energy absorbing material for sport surfaces that requires impact protection and shock absorption. The use of GeoFlo+ greatly reduces risk factors associated with poor subsurface soils.

Installation provides an uninterrupted vertical-to-horizontal flow path for superior rainfall evacuation and enhanced G-MAX performance without changing the ball-action or feel under-foot. The integrity of the systems expansion and contraction capabilities is maintained by the use of the GeoClip™ system which holds the GeoFlo+ in place during the installation of the turf system. The GeoClip also decreases the risk of wind negatively impacting the installation process. The GeoClip allows each individual pad to naturally react to changing temperature and humidity conditions while assuring the turf installation team is able to perform on a secure monolithic work surface. The proper installation of the GeoFlo+ system reduces G-MAX by up to 50 points.







| | | | |
|---|---|---|---|
| Tensile Strength | ASTM-D3575 | psi | 55.5 |
| Tensile Elongation | ASTM-D3575 | % | 18 |
| Tear Strength | ASTM-D3575 | lbs/ft | 13 |
| Thermal Conductivity (K) | ASTM-C177 | BTU-in/ft²-hr-°F | 0.25 |
| Thermal Resistance (R) | ASTM-C177 | @70°F | 3.9 |
| Coeff. of Lin. Therman Expansion | ASTM-D696 | in/in/°F x 10⁻⁵ | 5.7 |
| Service Temperature | ASTM-D3575 | °F (Max) | 212 |
| Water Absoption | ASTM-D3575/C272 | % | <5.0 |
| Compressive Creep | ASTM-D3575 | % (psi) | 1.2(2.0) |
| Flammability | FMVSS-302 | <4.0in/min | Pass |

**PLEASE NOTE:** For standard GeoSurfaces Products. Values shown are typical of the product and should not be construed as specification limits.

### PROPERTIES

GeoFlo+ is multi-directional (isotropic) in nature, so unlike traditional extruded products, which yield different properties along the extrusion, vertical and horizontal axis, the properties of the GeoFlo+ products are the same for a given density along all 3 axis, regardless of orientation.

### [PHYSICAL / PERFORMANCE SPECS FOR]

Nominal Size: 4' x 6' / Thickness Options: 15 mm, 20 mm, 25 mm
Horizontal Drainage: 50" per Hour Minimum
Vertical Drainage: 100" per Hour Minimum (On Perforated Core)
Maximum Initial G-MAX Less than 135

### SAFETY FEATURES

Guaranteed Maximum G-Max of field of 135 during 8-year warranty period of turf (ASTM F355 or ASTM F1936) as a system test with infill.

Guaranteed 1.3 HIC rating during 8-year warranty period of turf (ASTM F355-16e1) as a system test with infill.

### [SAFETY]

Flammability Resistance TEST FMVSS-302: Pass
Fuel Immersion Test Coast Guard (Fuel B): Pass
Chemical Resistance (1 Hour Exposure to Solvents): Pass



## "TURN KEY" SPORTS SURFACING

GeoSurfaces is one of the few companies in the USA that offers in-house "turn key" sports lighting and sports surfacing. We are a licensed Professional Construction Firm, Electrical Firm, and Construction Manager that can offer complete construction and installation of World Athletics, FIH and ITF Approved Surfaces.

A PELICATE COMPANY

GEOSURFACES.COM   |   INFO@GEOSURFACES.COM   |   1-877-GG3-5968   |   7080 ST. GABRIEL AVE. STE A, ST. GABRIEL, LA 70776



### Perforation Pattern



Finished Hole Size - 5/8" Diameter (24 Total)

Perforator Pins are 1/2" Diameter

# PART B
# WARRANTY

# GEOFLO+ 25-YEAR PRODUCT WARRANTY TERMS AND CONDITIONS

**1.  LIMITED WARRANTIES:**   The terms and conditions of this Limited Warranty are as follows. GeoSurfaces, Inc. ("GeoSurfaces") warrants to the Owner of the playing field(s) ("Owner") at which the GeoFlo+ Pad ("Pad") has been installed that for a period of twenty-five (25) years from date of purchase (the "Warranty Period"), the Pad will remain free of defects in materials and workmanship. The Pad will not degrade under normal use as a shock pad or drainage blanket for artificial turf sport surfaces and that as a system (Pad with infill turf) will not exceed a field average G-Max of 135 G's as tested according to the ASTM 1936 using the F-355-A Missile when field test conditions do not fall below 40º F. Field must be free from any frost or contaminants, provided the initially installed turf remains over the Pad and has never been replaced (the "G-Max Guarantee").  The Pad will be part of an artificial turf surface system that will not exceed a field average Head Injury Criterion (HIC) result of 1000 from a 1.3 meter drop height as tested according to the ASTM F355-16 standard missile E.  The field average is defined as the overall average of the field test locations according to the testing specification. Test conditions above 40º F with field free of any frost or contaminants, provided the original turf initially installed over the Pad has never been replaced (The "HIC Guarantee"); (collectively, the "Limited Warranties").

**2.  PROCEDURE FOR WARRANTY CLAIM:**   In the event the Pad fails to comply with these Limited Warranties during the Warranty Period, Owner shall provide GeoSurfaces' written notice within thirty (30) days after its first discovery of non-compliance and allow GeoSurfaces an opportunity to inspect the Pad (in place as originally installed) before modification or alteration of the Pad in any way.

**3.  EXCLUSIONS:**  Notwithstanding any provision herein, GeoSurfaces does not warrant and shall not be responsible for, the Limited Warranties shall not cover, and Owner shall not be entitled to recover,(for breach of contract, tort, strict liability, or otherwise), any loss, liability, claim, damage, cost, expense, or defect (collectively, a "Claim") caused by, in whole or in part, or arising from any party's failure to install, use, and maintain the Pad strictly in accordance with GeoSurfaces' Installation and Manufacturer's Standards.  Any party's improper handling, use or protection of the Pad, including, but not limited to excessive static loads (in excess of 35 PSI for a period greater than 35 minutes) or dynamic loads (impact in excess of 110 PSI) or breaking, tearing or improper cutting of the Pad.  Any party's improper or inadequate site preparation, including, without limitation, improper base material, grading, compaction, or material usage in perimeter drain collectors and other drain collectors.  Any improper or inadequate site drainage, including without limitation, lack of adequate drainage systems,

gutters, collectors, channels, and water diversion mechanisms or the failure of the downstream drainage system to adequately convey the flow of water. Any permanent depression of the surface of the Pad that is less than 5 mm in depth, any cause or event that is not reasonably foreseeable by GeoSurfaces, including acts of God, extreme weather events, fires, floods, lightning, earthquakes, landslides, explosions, riots, wars, hurricane, sabotage, terrorism, vandalism, accident, restraint of government, governmental acts, and injunctions or any condition related to the soil, base, earth, or subsurface upon which the Pad may be installed, including without limitation, soil expansion, shifting, contraction, subsidence, compression, or erosion, improper or inadequate selection, use, installation, maintenance, repair, or replacement of the field's artificial turf system, including any infill. Any cumulative exposure of the Pad to sunlight or any other source of Ultraviolet light for more than ten (10) calendar days. Any contamination of the infill with sand, dirt, or other substances.

**G-MAX & HIC GUARANTEE:** The failure to install and maintain the Pad with a minimum depth of 17mm (5/8") of infill in the turf system will void the G-Max portion of the Warranty. The failure to install and maintain a minimum infill depth of 25 mm (1") of infill will void the HIC portion of the Warranty. As to the G-Max and HIC Guarantees, any Claim occurring after the original turf that was initially installed after the Pad has been replaced, except that prior to each turf/infill replacement during the warranty period, if the Owner requests prior to turf/infill replacement in writing and allows for GeoSurfaces to inspect the Pad and approve the replacement turf/infill system, GeoSurfaces may, at GeoSurfaces' sole discretion, agree in writing to extend the G-Max and HIC guarantees for the replacement turf/infill life cycle but in any case no longer than the original warranty term; (collectively, the "Exclusions").

**4. REMEDY:** As Owner's sole and exclusive remedy for any Claim relating to or arising from the Limited Warranties or Pads, and provided the Claim was not caused by or arising from any Exclusion, GeoSurfaces will deliver to the Owner and install new Pad to replace the non-conforming Pad. The installation shall include the temporary removal and repair or replacement of the artificial turf and infill over the affected area. GeoSurfaces shall have discretion as to whether to repair or make replacement of the artificial turf and infill. If Owner decides to replace the entire surface for reasons other than a breach of GeoSurfaces Warranty, Owner shall give GeoSurfaces reasonable advance notice of replacement of the surface so that a GeoSurfaces representative can be present at the time of the turf replacement to inspect the GeoSurfaces Pad.

**5. LIMITATION OF LIABILITY: OWNER'S SOLE AND EXCLUSIVE REMEDY FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATING TO THE PURCHASE, USE, OR CONDITION OF ANY PAD OR THIS LIMITED WARRANTY UNDER ANY LEGAL THEORY, INCLUDING WITHOUT LIMITATION, BREACH OF WARRANTY, BREACH OF CONTRACT, NEGLIGENCE (INCLUDING NEGLIGENT MISREPRESENTATION), OR STRICT LIABILITY, SHALL BE LIMITED TO THE REMEDIES PROVIDED IN SECTION 4 (REMEDY) OF THIS LIMITED WARRANTY. IN NO EVENT SHALL GEOSURFACES BE LIABLE FOR, AND OWNER HEREBY WAIVES ANY RIGHT TO RECOVER, ANY PUNITIVE, SPECIAL, CONSEQUENTIAL, OR INDIRECT LOSSES OR DAMAGES, ALL OF WHICH OWNER EXPRESSLY DISCLAIMS. GEOSURFACES' TOTAL AGGREGATE LIABILITY TO OWNER FOR ANY AND ALL CLAIMS UNDER ANY LEGAL THEORY ARISING FROM OR RELATING TO THE PAD, ANY ACTION OR INACTION OF GEOSURFACES, OR THIS LIMITED WARRANTY, SHALL NOT EXCEED THE TOTAL CONSIDERATION OWNER PAID FOR THE NON-CONFORMING PAD.**

**6.  DISCLAIMER OF WARRANTIES:** THIS LIMITED WARRANTY AND ITS REMEDIES ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, REMEDIES AND CONDITIONS, WHETHER ORAL, WRITTEN, STATUTORY, EXPRESS OR IMPLIED. GEOSURFACES DISCLAIMS ALL STATUTORY AND IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND WARRANTIES AGAINST HIDDEN OR LATENT DEFECTS.

**GENERAL TERMS:**  This Limited Warranty shall be governed, interpreted, and enforced solely under laws of the State of Louisiana, irrespective of conflict of laws principles.  This right shall not be waived, altered, or modified except in writing signed by the Parties and shall entirely supersede and replace any previous representations or warranties made in relation to the Pad.  This warranty may only be assigned by GeoSurfaces in its sole discretion. Failure to enforce any provision of this Limited Warranty shall not constitute a waiver of any other provisions.

**Project Name:** _____

**Owner's Name & Address:** _____

**Date of Purchase:** _____

**SIGNATURE** _____  **DATE** _____ / _____ / _____

**FOR: GeoSurfaces, Inc.**

# PART C
# INSTALLATION INSTRUCTIONS



1. Check surface planarity using a string line in a maximum 50' wide length to assure grade tolerance is within the specifications of the project documents.

2. Check surface planarity using a string line in a maximum 50' wide length to assure grade tolerance is within the specifications of the project documents.

3. Verify that all materials necessary for the installation are on site.

4. Verify environmental conditions are adequate for the installation of the panels. Wind conditions with gust above 20 mph may make the panel installation difficult.

5. When installing on a stone base (porous or non-porous), have proper tools or equipment available to smooth out stone imperfections that may be caused by the equipment used to stage or move materials on to the stone base.

6. If carts or other wheeled platforms are used to stage material, make sure tires are air inflated and have a psi of less than 35 pounds. The wider the tire utilized on the stone base the more effective it will be at eliminating potential stone movement.







All GeoFlo+ panels (regardless of size) should be covered when not being used in the direct installation process.

These panels contain no UV stabilizers and direct sunlight will damage the panels. This type of damage cannot be repaired and panels experiencing UV degradation must be replaced at the cost of the contractor. DO NOT LEAVE PANELS EXPOSED TO SUNLIGHT AT ANY TIME OTHER THAN DURING THE DIRECT INSTALLATION OF EACH INDIVIDUAL PALLET. Deterioration or damage caused by direct sunlight will not be considered a warranty item.

If the panels are being installed on any type of stone base, a geotextile fabric is recommended to be installed on top of the stone and under the panels.
The geotextile fabric may be laid out end to end or side to side on the stone surface. Direction of the geotextile fabric does not alter the function or use of the panels. If the panels are being installed on concrete or asphalt, geotextile fabric under the panels is not required. A clip system may be provided to help with wind abatement and to stabilize the panels during turf panel placement. The clips are optional and are not required.  **See Fig B**

It is recommended to start the installation of the panels on one end of the field and work toward the longest distance of the field.  **See Fig C**
The panels have a top and bottom. For perforated systems, the drainage channels (ridges) are placed on the bottom. For non-perforated systems, the drainage channels are placed facing up.  **See Fig A**
For wind abatement during installation, it is recommended to place geotextile fabric from anchor board to anchor board over each 15' section of panels installed.

After installation of the top layer of geotextile fabric, it is recommended to roll out the pre-determined turf panel over the section of panels to further assist with wind abatement or panel movement.
**See Fig C**
It is allowable to staple the panel to the edge anchor board. Panels should be installed with the horizontal drainage channel openings toward the collector trenches or pointing down the slope toward the lowest elevation. Panels should be installed with a ¼" gap for expansion and contraction. If the clip system is utilized, the clips will act as the expansion and contraction spacer. Trim panels with a typical box knife or turf blade for precise fit. Cut sections may be utilized in other areas of installation if applicable.

Do NOT cover perimeter collector drainage trenches with the bottom layer of geotextile fabric unless directed by the Owner's representative to do so.
On non-perforated systems, perforated panels must be installed over the collector drainage trench sections. The top layer of geotextile fabric can be stretched from perimeter anchor board to perimeter anchor board. Make sure all geotextile fabric, bottom layer and/or top layer are porous.









# Additional Recommendations

It is not recommended to drive motorized equipment directly on the panels prior to the installation of the top geotextile fabric. Once this geotextile fabric is installed, it is acceptable to drive light equipment (less than 2500 lbs) with turf tires with a psi of less than 35 pounds to roll out turf panels.

Do not install panels ahead of the turf sections that are being rolled out. Uncovered panels or unsecured panels are susceptible to movement in winds. DO NOT LEAVE PANELS EXPOSED TO SUNLIGHT AT ANY TIME OTHER THAN DURING THE DIRECT INSTALLATION OF EACH INDIVIDUAL PALLET.

Do not place a vehicle on the panels and turf system of more than 6000 lbs. Tire pressure must not exceed 35 psi on any vehicle placed on the panel and turf system. Static loads greater than 6000 lbs will void the product warranty. No forklifts, or construction equipment (skid steers, loaders, excavators or other) should be allowed on the panel or turf surface.
For event loading including stages or other apparatus that may be installed on top of the turf system, weight distribution panels designed for artificial turf should be utilized.

### Recommendations for Infill Installation in Turf Panels

1. Infill should be placed using broadcast spreaders with turf tires with the psi on the tires never exceeding 35 pounds.
2. To avoid wrinkling, infill equipment must be driven slowly with wide, sweeping turns. If possible, turn off the turf surface and drive in only straight lines while on the turf surface.
3. To avoid wrinkling, it may be necessary to drive the broadcast spreader in reverse for the initial passes of infill material installation.
4. It may be necessary to use partial loads of infill to lessen the weight until the turf system has enough infill weight installed to stabilize the turf backing.

For additional information, comments, or questions, please call your dealer or email us at
sports@tencategrass.com
INSTALLATION YOUTUBE VIDEO - https://youtu.be/ToY1uwIXiV8?feature=shared

**PANELS SHOULD BE INSTALLED WITH THE HORIZONTAL DRAINAGE CHANNEL OPENINGS TOWARD THE COLLECTOR TRENCHES OR POINTING DOWN THE SLOPE TOWARD THE LOWEST ELEVATION**







# PART D
# RECYCLYING SOLUTIONS







# THE INDUSTRY'S FIRST-EVER, TOTAL TURF PRODUCT-TO-PRODUCT RECYCLING SOLUTION

**NO WASTE. NO LANDFILL. NO QUESTIONABLE DOWNCYCLING OR REPURPOSING.**

**TenCate offers the first truly circular solution for artificial grass.**
- Employ a first-of-its-kind zero-waste field solution
- Divert thousands of square feet of materials from the landfill or incinerator
- Provide tons of material to the circular economy
- Ensure turf never contributes to a school or community's waste footprint

**CHAIN OF CUSTODY**

Each field is assigned a reference number which follows it throughout the entire processing cycle. The turf is initially processed at the TenCate Turf Recycling Solutions facility; once this processing is complete, a certificate is issued for the customer. The processed turf is then assigned a lot number and transported to the Advanced Recycling facility. Once the turf has gone through the advanced recycling process, confirmation is sent to TenCate Turf Recycling Solutions and shared with the customer.



**INTRODUCING**

**TenCate**
TURF RECYCLING SOLUTIONS

**PRICING**

Turf processing: $0.15/sq. ft.*

Calculate your field's cost at turfrecycling.us/calculator

If you have turf to be recycled or questions, email Ben Tidwell: b.tidwell@tencategrass.com

*Customer is responsible for freight charges and freight is not included in the processing price.

# PART E
# PFAS TEST REPORT



**Professional Testing Laboratory LLC**

# TEST REPORT

**DATE: 08-15-2024**                    **Page 1 of 1**                    **TEST NUMBER:** 0310369

| CLIENT | GeoSurfaces, Inc. |
|---|---|

| TEST METHOD CONDUCTED | BS EN 14582 Characterization of Waste. Halogen and Sulfur Content. Oxygen Combustion in Closed Systems and Determination Methods. |
|---|---|

| | DESCRIPTION OF TEST SAMPLE |
|---|---|
| IDENTIFICATION | GeoFlo Pad System |

## GENERAL PRINCIPLE

This test standard specifies a combustion method for the determination of halogen content in materials by combustion in a closed system containing oxygen. The subsequent combustion product is analyzed for total fluorine content.

## TEST RESULTS

| FLUORINE CONTENT | None Detected |
|---|---|

*NOTE: Lowest calibration level is 1 ppm.*

**APPROVED BY:**    *Lee Phillips*

This report is provided for the exclusive use of the client to whom it is addressed. It may be used in its entirety to gain product acceptance from duly constituted authorities. This report applies only to those samples tested and is not necessarily indicative of apparently identical or similar products. This report, or the name of Professional Testing Laboratory, LLC, shall not be used under any circumstance in advertising to the general public.

714 Glenwood Place        Dalton, GA 30721        Phone: 706-226-3283        Fax: 706-226-6787        email: protest@optilink.us

# PART F
# REFERENCE LIST



# REFERENCE LIST

GEOSURFACES, INC
7080 ST. GABRIEL AVENUE – SUITE A
ST. GABRIEL, LA 70776








**Texas A&M University**
**Mondo Track**
College Station, TX
Craig Vaika, vaika@athletics.tamu.edu







**Rice University**
Houston, TX





**Lafreniere Park Fields 7 and 8**
**FIFA Certified Soccer Fields**
Metairie, LA
Tripp Rabalais, trabalais@jeffparish.net








**Live Oak High School**
**Football Field and Mondo Track Surface**
Denham Springs, LA
Jesse Cassard, jesse.cassard@lpsb.org

7080 St. Gabriel Avenue – Ste A, St. Gabriel, LA 70776 ● 877.663.5968 Office ● 225.208.0243 Fax ● www.geosurfaces.com





**Episcopal High School**
**FIH Certified Hockey Pitch**
Bellaire, TX
Robert Buckelew, rbuckelew@ehshouston.org





**Zachary High School Football Field**
Zachary, LA
Donald Simpson, Donald.Simpson@zacharyschools.org








**Southeastern Louisiana University**
**Football Field**
Hammond, LA
Jay Artigues, jartigues@selu.edu

7080 St. Gabriel Avenue – Ste A, St. Gabriel, LA  70776 ● 877.663.5968 Office ● 225.208.0243 Fax ● www.geosurfaces.com





**Episcopal High School
Baseball Field**
Bellaire, TX
Robert Buckelew, rbuckelew@ehshouston.org





**University of Central Florida**
**Baseball Foul Territory and Indoor Football**
Orlando, FL
David Hansen, dhansen@athletics.ucf.edu

7080 St. Gabriel Avenue — Ste A, St. Gabriel, LA 70776 ● 877.663.5968 Office ● 225.208.0243 Fax ● www.geosurfaces.com



## CLIENT LIST

**Baylor University (TX) -** Getterman Stadium Softball Field
Glenn Moore - 254.709.3106

**Louisiana State University (LA) -** Alex Box Stadium, LSU Practice Baseball Field, Tiger Park
Jill Smith - 225.266.2648

**University of Louisiana Lafayette (LA) -** Lamson Park Softball Field
Scott Hebert - 337.247.4945

**McNeese State University (LA) -** Cowboy Diamond Baseball Field & Cowgirl Diamond Softball Field
Justin Hill - 318.953.0802

**Louisiana Christian University (LA) --** Football Field & Billy Allgood Baseball Field
Mike Byrnes - 318.664.6232

**Nicholls State University -** Manning Field @ Guidry Stadium, Ben Meyer Field @ Didier Stadium, Colonel SB Field
Matt Roan - 540.818.4504

**Marucci Sports (LA) --** Marucci Elite
Kurt Ainsworth - 225.892.7627

**Baseball USA (TX) --** Recreational Baseball Fields
Chris Schultea - 713.703.2335

**Southern Arkansas University (AR) --** Rip Powell Football Field, Dawson Softball Field, Goodheart Baseball Field &
Indoor Football Practice Field
Steve Browning - 501.912.2198

**City of Broussard (LA) --** Broussard Sports Complex BB & SB Fields, FIFA Certified Soccer Field
Zach Leleux - 337.330.2649

**City of Youngsville (LA) --** Youngsville Sports Complex Baseball & Softball Fields
Tim Robichaux - 337.581.3028

**City of Euless (TX) --** The Parks at Texas Star Baseball Fields, Legends Baseball Field
Ray McDonald - 817.685.1669

**City of Grapevine (TX) --** Oak Grove Park Baseball & Softball Fields
Kevin Mitchell - 817.253.9327

**City of Ruston (LA) --** Ruston Sports Complex Baseball & Softball Fields
Womack Construction/Chase Womack - 225.610.6880

**Cypress Mounds Baseball Complex (LA)** – Recreational Baseball Fields
Mack Chullli - 225.610.6880

**City of Zachary (LA)** – Zachary Youth Park Baseball Fields & Indoor Batting Cage Facility
Shane Hebert - 225.268.9323

**City of Sterlington (LA)** – Sterlington Sports Complex Baseball & Softball Fields
Kerry Elee – 318.366.4166

**City of Thibodaux (LA)** – Peltier Park Baseball Field
Kevin Clement – 985.803.0142

**Jackson Parish Recreation (LA)** – Recreational Baseball Fields & Batting Cage Facility
Mike Simonelli - 318.533.3630

**Lafourche Parish Recreation (LA)** – Recreational Baseball Fields
Kirk Chaisson - 985.438.0663

**Terrebonne Parish School Board (LA)** – Terrebonne Parish Baseball Field
Becky Breaux - 985.855.1533

**University High School (LA)** – Football Stadium & Baseball Field
Andy Martin – 225.892.1682

**Shiloh Christian School (AR)** – Football Stadium, Baseball Field, Softball Field & Indoor Practice Field
Ben Mayes - 479.756.1140

**Conway School District (AR)** – Conway High School Football Field & Indoor Practice Facility
Clint Ashcraft - 501.450.4880

**Parkview Baptist School (LA)** – Eagle Football Field, Baseball Field & Softball Field
Darron Mitchell - 225.405.3753

**Ouachita Parish School Board (LA)** - West Monroe High School Rebel Football Stadium & Practice Field
Jerry Arledge - 318.509.9188

**Calcasieu Parish School Board (LA)** - Westlake High School Football Field, Baseball & Softball Complexes
John Richardson – 337.842.0436

**St. James Parish School Board (LA)** - Lutcher High School Baseball & Softball Field
Clay Slagle - 225.252.4826

**St. James Parish School Board (LA)** - St. James High School Baseball & Softball Field
Clay Slagle - 225.252.4826

**Livingston Parish School Board (LA)** – Live Oak High School Baseball, Softball & Football Field
Jesse Cassard – 225.810.7529

**City of Crowley (LA)** – Recreational Baseball & Softball Fields
Peter Kirsch - 337.253.932

# ADDITIONAL CLIENTS

**COLLEGES and UNIVERSITIES:**
New England Patriots (MA) -- Empower Fieldhouse
University of Central Florida (FL) -- Nicholson Fieldhouse & Baseball/Softball Fields
University of Florida Gainsville (FL) - Mondo Track
Auburn University (AL) -- Outdoor Training Fields
University of Alabama at Birminghamm - Mondo Track
Clemson University (SC) -- Outdoor Training Fields
University of South Carolina (SC) -- Indoor Track
Western Carolina University (NC) -- Football/Soccer Stadium
University of North Carolina at Chapel Hill (NC) -- Softball Indoor Training Center
Arkansas State University (AR) -- Centennial Bank Stadium & Indoor Practice Facility
University of Arkansas Pine Bluff (AR) -- Simmons Bank Field
Henderson State University (AR) -- Carpenter-Haygood Stadium & Football Practice Field
Henderson State University (AR) -- Baseball Field & Softball Field
Harding University (AR) -- Sonic Field
University of Arkansas Fayetteville (AR) - Trackk
University of Central Arkansas (AR) -- Estes Stadium Football Field
University of Central Arkansas (AR) -- Baseball Field & Softball Field
University of Central Arkansas (AR) -- Intramural Softball Fields
Lyon College (AR) -- Indoor Practice Facility
Rhodes College (TN) -- Baseball Field
Rice University (TX) -- Football Field
Southern Nazarene University (OK) -- Football/Soccer Field
Southern Nazarene University (OK) -- Indoor Training Center
Oklahoma Christian University (OK) -- SNU Stadium Softball Field
Oklahoma Baptist University (OK) -- Crain Family Stadium at the Hurt Complex Track
Pearl River Community College (MS) - Lion Stadium Football Field
Pearl River Community College (MS) - Baseball Field
Holmes Community College (MS) -- Baseball Field & Softball Field
Southeastern Louisiana University (LA) -- Strawberry Stadium Football Field
Southeastern Louisiana University (LA) -- Lady Lions Softball Field & Pat Kenelly Diamond Baseball
Field University of Louisiana Monroe (LA) -- Lady Warhawks Softball Field
University of Louisiana Monroe (LA) -- University Recreation Complex
Louisiana State University Shreveport (LA) -- Pilot Baseball Field
Louisiana Tech University (LA) - Baseball Field & Softball Field
Louisiana College (LA) - Football Field & Softball Field

## ALABAMA -- PARKS and SCHOOLS:
City of Birmingham Baseball Fields

## ALASKA -- PARKS and SCHOOLS:
Muldoon Area School Baseball Field

## ARKANSAS -- PARKS and SCHOOLS:
Ashdown High School Football Field
Bauxite High School Indoor Practice Facility
Bentonville High School Baseball, Softball & Football Field
Bentonville West High School Baseball & Softball Field
Blytheville High School Football/Soccer Field
Bryant High School Football/Soccer Field & Indoor Practice Facility
Cabot High School Baseball, Softball & Football Field
Cabot Parks & Recreation -- Baseball & Softball Fields
Christ the King Outdoor Soccer Facility
City of Jonesboro -- Baseball Fields
Conway Christian School Baseball Field
Conway High School Football Field

Cossatot River High School Track
Crossett Hgh School Football Field & Indoor Multi-Purpose Field
DeQueen High School Football Field
DeWitt High School Indoor Practice Field
Drew Central High School Baseball, Softball & Football Field
El Dorado Recreational Complex – Baseball & Softball Fields
Episcopal Collegiate High School Soccer Field
Greenbriar High School Indoor Practice Facility
Greenland High School Baseball, Softball & Football Field
Gurdon High School Football/Soccer Field & Turf Track
Hamburg High School Football/Soccer Field
Harmony Grove High School Football Field
Helena-West Helena High School Football Field & Practice Field
Hope High School Football/Soccer Field & Indoor Football Field
Jacksonville High School Indoor Facility
Jonesboro High School Indoor Practice Field
Lakeside High School Football Field
Lincoln High School Football Field
Mineral Springs High School Football/Soccer Field
Nashville High School Baseball Field
Newport High School Football Field
Northshore Business Soccer Complex Soccer Fields
Palestine-Wheatley High School Baseball, Softball & Football Field
Pea Ridge High School Football Field
Prairie Grove High School Softball Facility
Quitman High School Football Field
Searcy High School Track
Star City High School Football/Soccer Field & Indoor Practice Field
Stuttgart High School Football/Soccer Field
Sylvan Hills High School Indoor Practice Facility
Trumann High School Football Field
Van Buren High School Indoor Practice Facility
Warren High School Track

## HAWAII– PARKS and SCHOOLS:
NFL Pro Bowl Drainage Pad

## LOUISIANA – PARKS and SCHOOLS:
Airline High School Football Field
Archbishop Rummel High School Baseball Hitting Facility
Archbishop Rummel High School Multi-Purpose Field
Ascension Episcopal School Baseball Field
Beekman Charter High School Football Field
Breaux Bridge High School Football/Soccer Field
BREC – Central Park Baseball & Softball Fields
BREC – Howell Park Putting Greens
BREC – Oak Villa Sports Complex
Calcasieu Parish Ward 3 Recreation – Legion Field
Calvary Baptist High School Baseball Field
Camp Beauregard Multi-Purpose Field & Turf Running Track
Carrollton-Audubon Batture Park - Baseball Field

C.E. Byrd High School Baseball Field
Cecilia High School Football/Soccer Field & Baseball Field
Central High School Baseball, Softball & Football/Soccer Field
City of Abbeville Comeaux PPark Baseball & Softball Fields
City of Broussard Baseball Fields
City of Carencro – City Park Baseball Fields & Batting Cage Facility
City of Lafayette – Clark Field & Fabacher Field Batting Facility
D'Arbonne Woods Charter School Football Field
Denham Springs High School Baseball, Softball & Football Field
East Iberville High School Football Field
East Ouachita Parish Osterland Sports Complex – Baseball & Softball Fields
E. D. White High School Football Field & Trackk
Eunice Sports Complex Baseball Fields
Evangel Christian Academy Football Field
Farm Systems, LLC Baseball & Softball Fields
Geissler Project FIFA Soccer Field
Grace Christian Academy Playground
Grant High School Softball Field
Hammond America Park Baseball & Softball Fields
H. L.. Bourgeois High School Football Field
Holy Savior Menard High School Baseball Field
Iowa High School Baseball & Softball Fields
Jesuit High School – John Ryan Stadium
John Curtis Christian School Multi-Purpose Field & Softball Field
LA Pepper Plex – Baseball, Softball, & T-Ball Fields
Lafayette Christian Academy Football Field
Lafayette Renaissance Charter Academy Playground
Lafraniere Park FIFA Certified Soccer Fields
Lakeview High School Football Field
Larose Regional Park Civic Field
Lutcher High School Football, Baseball & Softball Fields
Mandeville High School Baseball Field
Mandeville's Pelican Park Baseball Fields
Mangham High School Lobrano Field
Many High School Baseball, Softball & Football/Soccer Field
Marucci Hitters House of Mandeville Batting Cages
Northlake Christian High School Wolverine Football Field
Northshore High School Baseball Field
Northwood High School Football Field
Oak Grove High School Football Field & Turf Walking Track
Parkview Baptist School Football, Softball & Baseball Fields
Parkway High School Football Field
Plaquemine High School Baseball & Softball Complex and Football/Soccer Field
Premier Soccer Indoor Soccer Field
Rayville High School Football Field
Regala Park Recreational Baseball Fields
Sam Houston High School Football/Soccer Field
Scott Park Recreational Baseball & Softball Fields
South Beauregard Recreation Baseball Fields
St. Charles Catholic High School Baseball Field
St. Martinville High School Football Field
St. Pius Elementary School Multi-Purpose Field
St. Thomas Aquinas High School Baseball & Softball Field
St. Thomas More High School Softball & Football/Soccer Field

Sterlington High School IIndoor Training Facility
Terrebonne General Medical Center Turf Running Trackk
Teurlings Catholic High School Baseball Field
Teurlings Catholic High School Rebel Stadium Football/Soccer Field & Turf Trackk
The Dunham School IIndoor Training Facility
Tioga High School Softball Field
Total Package Sports Training Center
Traction CSE Baseball & Softball Fields
Wally Pontiff Jr. Foundation Baseball Field
Ward 10 Recreation Baseball, Softball & T-Ball Fields
Washington Marion HHigh School Football Field
West Baton Rouge Parish Parks Baseball & Softball Fields
West Feliciana Parish School Board Baseball & Softball Field
West Ouachita High School Football/Soccer Field
Westlake High School Baseball Field
White Castle High School Football Field
Zachary High School Football Field

**TEXAS – PARKS and SCHOOLS:**
Athlete Training + Health - Allen – Soccer Field & Indoor Training Facility
Athlete Training + Health - Houston - IIndoor/Multi-Purpose Field
Athlete Training + Health - Katy – Soccer Field & Indoor Training Facility Athlete
Training + Health - Pearland – Memorial Hermann Sport Park
Athlete Training + Health - Spring – Indoor Training Facility
Bakersfield Park - Baseball Field
Bicentennial Park - Baseball Field & Playground
Cotton Sports Ranch - Multi-Purpose Field & Baseball Field
Episcopal High School - Baseball Complex
Episcopal High School FIH Certified Field Hockey Field
Hooks Independent School District Athletic Facilities
Oak Grove Park Baseball Fields
St. Paul II Catholic High School Football Field
The Parks at Texas Star Softball Fields

**OKLAHOMA – PARKS and SCHOOLS:**
Pawhuska High School Football/Soccer Field

**OHIO – PARKS and SCHOOLS:**
Bishop Hartley High School Football Field
Cardinal High School Football Field

**MISSISSIPPI – PARKS and SCHOOLS:**
Central Hinds Academy Baseball Field
Rankin Trails Park – Baseball & Softball Fields

**TENNESSEE – PARKS and SCHOOLS:**
Crockett Parkk Baseball Field

**MISSOURI – PARKS and SCHOOLS:**
Hayti School District Football Field

George J. Bequette, Jr.
Keith I. Billingsley
W. Cody Kees
_____
Phillip M. Brick, Jr.
Jacquelyn Harrison



**BEQUETTE**
**BILLINGSLEY**
**KEES**
**ATTORNEYS AT LAW**
—— SINCE 1980 ——
A PROFESSIONAL ASSOCIATION

Simmons Bank Tower
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469
www.bbpalaw.com
(T) (501) 374-1107
(F) (501) 374-5092

June 12, 2025

**VIA U.S. MAIL**
Saline County Circuit Court Clerk
200 North Main Street, Suite 113
Benton, AR 72015

      Re:    *Harmony Grove School District v. Global Synthetics Environmental, L.L.C., et al.*

Dear Clerk:

      Enclosed for filing please find the following in connection with the above-referenced matter:

1. Complaint with attached Exhibits;
2. Civil Cover Sheet;
3. Summons to Global Synthetics Environmental, L.L.C. d/b/a GeoSurfaces and GSE GEO Surfaces;
4. Summons to GeoSurfaces, Inc.;
5. Summons to Polyloom Corporation of America d/b/a TenCate Grass North America;
6. This firm's check in the amount of $172.50 for the filing fees;
7. Return self-addressed stamped envelope.

      Please return filed copies and the executed summonses to me in the postage-paid envelope provided for your convenience. Thank you for your cooperation and assistance.

                Sincerely,

                W. Cody Kees

WCK/mds
Enclosures

FILED
SALINE COUNTY
CIRCUIT CLERK

2025 JUN 16 PM 2:45

JM

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
CIVIL DIVISION

HARMONY GROVE SCHOOL DISTRICT                                    PLAINTIFF
                                                                 BY

v.                          CASE NO. 63 CV-25-1279-3

GLOBAL SYNTHETICS ENVIRONMENTAL, L.L.C.
d/b/a GEOSURFACES and GSE GEO SURFACES;
GEOSURFACES, INC.;
POLYLOOM CORPORATION OF AMERICA d/b/a
TENCATE GRASS NORTH AMERICA; and JOHN DOE            DEFENDANTS

### AFFIDAVIT

COMES NOW, W. Cody Kees, attorney for the Plaintiff, and pursuant to Ark. Code Ann.

§ 16-56-125, states and testifies as follows:

1.      My name is W. Cody Kees.   I am an attorney licensed to practice law in the State

of Arkansas.

2.      Despite diligent inquiry, the identity of the person or entity depicted as John Doe

in the Complaint filed of record in this case is unknown to Plaintiff or counsel at this time but will

be determined through discovery and the claims shall thereafter be amended.

Further Affiant sayeth not.

_____
W. Cody Kees

STATE OF ARKANSAS )
                   ) ss.   **VERIFICATION**
COUNTY OF PULASKI )

     Comes before me the above Affiant who states on oath that the facts set forth in the foregoing Affidavit are true and correct to the best of his knowledge and belief.

     SUBSCRIBED AND SWORN to before me this 12th day of June, 2025

                                           Notary Public

My commission expires:

1-22-29

                           (SEAL)